IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRUCE CLARRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-CV-4167-JPG |
| ) | |
| DENNIS G. HATCH, et al., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**  The Court having adopted Judge Proud's Report and Recommendation and dismissed this case for want of prosecution,

**IT IS ORDERED AND ADJUDGED** that plaintiff Bruce Clarry's claim for money damages against defendant Dennis Hatch is **DISMISSED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Bruce Clarry's claim against Kathy Twine is **DISMISSED WITH PREJUDICE**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Bruce Clarry's claim for injunctive relief against defendant Dennis Hatch is **DISMISSED FOR WANT OF EQUITY**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that plaintiff Bruce Clarry's claims against Defendants Edward Eytalis and Nova Clarry are **DISMISSED WITH PREJUDICE**.

DATED: August 21, 2006.

**NORBERT G. JAWORSKI, CLERK**

**By:s/Deborah Agans, Deputy Clerk**

APPROVED:  s/ J. Phil Gilbert
          J. PHIL GILBERT
          U.S. District Judge